UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TAMARA A. HAYNES | CIVIL ACTION NO. 25-0801 |
| | SECTION P |
| VS. | |
| | JUDGE JERRY EDWARDS, JR. |
| TANNER ZORDAN, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 6), together with the written objection thereto filed with this Court by the plaintiff (Doc. 7), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Tamara A. Haynes's false arrest, unlawful detention, unlawful search, and excessive force claims are **STAYED** under the following conditions:

    a. If Plaintiff intends to proceed with these claims, she must, within thirty (30) days of the date the criminal proceedings against her conclude, file a motion to lift the stay;

    b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of her conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

    c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

    d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 21st day of August, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**